UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
)
Plaintiff, )
) C.A. No. 04-12223 DPW
)
v. )
)
BRIDGEPORT STEEL, a DIVISION OF )
PASSAIC COUNTY STEEL SERVICES, INC. )
)
Defendant, )
)

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Jim Hudson, Bridgeport Steel, a Division of Passaic County Steel Services, Inc.,, on November 18, 2004, by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 7th day of December, 2004.

_____
Nancy Deleon, Legal Secretary
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976