UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> BRIDGEPORT STEEL, a DIVISION OF PASSAIC COUNTY STEEL SERVICES, INC. <br><br> Defendant, | C.A. No. 04cv12223 DPW |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant, Bridgeport Steel, a Division of Passaic County Steel Services, Inc. in the above-captioned action. Defendant was served with the complaint and summons on November 18, 2004.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: March 22, 2005

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Fienberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell
Attorney for Plaintiff,
Charles Langone, Fund Manager

Certificate of Service

I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Jim Hudson, Bridgeport Steel, c/o Grammer, Dempsey & Hudson, Inc., PO Box 1059, Newark, NJ 07101.

Date: March 22, 2005          /s/ Catherine M. Campbell
                              Catherine M. Campbell