**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Charles Langone, as FUND Manager of the New England Teamsters and Trucking Industry Pension Fund ) ) | |
| v. ) ) ) | CIVIL ACTION NO. 04-12223-DPW |
| Bridgeport Steel, a Division of Passaic County Steel Services, Inc ) ) ) ) Defendants. ) | |

**NOTICE OF DEFAULT**

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **Bridgeport Steel**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **Bridgeport Steel** have been defaulted this **23th day of March 2005.**


           Sarah A. Thornton
           Clerk

     by: _/s/ Richard Nici_____
        Deputy Clerk