UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER ) <br> of the NEW ENGLAND TEAMSTERS AND ) <br> TRUCKING INDUSTRY PENSION FUND ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> BRIDGEPORT STEEL, a DIVISION OF ) <br> PASSAIC COUNTY STEEL SERVICES, INC. ) <br>  ) <br> Defendant, ) <br>  ) | C.A. No. 04cv12223 DPW |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

Now comes the Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i) as the Defendant has neither filed an answer nor motion for summary judgment.

Dated: November 9, 2005            Respectfully submitted,

                                                       For the Plaintiff,
                                                       CHARLES LANGONE, FUND MANAGER
                                                       By his Attorney,

                                                       /S/ Catherine M. Campbell
                                                       Catherine M. Campbell
                                                       BBO #549397
                                                       Feinberg, Campbell & Zack, P.C.
                                                       177 Milk Street
                                                       Boston, MA  02109
                                                       (617) 338-1976

Certificate of Service
I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to Jim Hudson, Bridgeport Steel, c/o Grammer, Dempsey & Hudson, Inc., PO Box 1059, Newark, NJ 07101.

| | |
|---|---|
| Dated: November 9, 2005 | <u>/S/ Catherine M. Campbell</u><br>Catherine M. Campbell |